IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIAM WARREN and SUSAN MILLER, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) CIVIL ACTION NO.: 2:13-00084-KD-M ) |
| JANET HILTON, an individual, and TURNING LEAF MEDICAL, INC., an Alabama corporation, and ALABAMA MEDICAID AGENCY, | ) ) ) ) ) |
| Defendants. | ) |

## JUDGMENT

Pursuant to the Order entered this date, it is ORDERED, ADJUDGED, and DECREED that DEFAULT JUDGMENT is entered against Defendant Turning Leaf Medical, Inc., and in favor of the Plaintiffs William Warren and Susan Miller, in the amount of $361,222.84 pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure.

The Court has determined that there is no just reason for delay and directs the Clerk to enter final judgment as to Defendant Turning Leaf Medical, Inc. pursuant to Rule 54(b) of the Federal Rules of Civil Procedure.

The Clerk is directed to mail a copy of this order to Turning Leaf at its address of record.

DONE and ORDERED this the 1st day of August 2013.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**